

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



Molly C. Dwyer
Clerk of Court

# FILED

OCT 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-6680 |
| Originating Case Number: | 2:17-cv-00903-WBS-CSK |
| | |
| Short Title: | Wiese, et al. v. Bonta, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:          25-6680
Originating Case Number:  2:17-cv-00903-WBS-CSK

Case Title:             Wiese, et al. v. Bonta, et al.

## Monday, October 27, 2025

| | |
|---|---|
| William Wiese | Mediation Questionnaire due |
| Jeremiah Morris | Mediation Questionnaire due |
| Lance Cowley | Mediation Questionnaire due |
| Sherman Macaston | Mediation Questionnaire due |
| Frank Federeau | Mediation Questionnaire due |
| Alan Normandy | Mediation Questionnaire due |
| Todd Nielsen | Mediation Questionnaire due |
| Adam Richards | Mediation Questionnaire due |
| Clifford Flores | Mediation Questionnaire due |
| L. Q. Dang | Mediation Questionnaire due |
| California Gun Rights Foundation | Mediation Questionnaire due |
| Firearms Policy Coalition, Inc. | Mediation Questionnaire due |
| Second Amendment Foundation | Mediation Questionnaire due |

## Friday, October 31, 2025

| | |
|---|---|
| William Wiese | Appeal Transcript Order Due |
| Jeremiah Morris | Appeal Transcript Order Due |
| Lance Cowley | Appeal Transcript Order Due |
| Sherman Macaston | Appeal Transcript Order Due |

| | |
|---|---|
| Frank Federeau | Appeal Transcript Order Due |
| Alan Normandy | Appeal Transcript Order Due |
| Todd Nielsen | Appeal Transcript Order Due |
| Adam Richards | Appeal Transcript Order Due |
| Clifford Flores | Appeal Transcript Order Due |
| L. Q. Dang | Appeal Transcript Order Due |
| California Gun Rights Foundation | Appeal Transcript Order Due |
| Firearms Policy Coalition, Inc. | Appeal Transcript Order Due |
| Second Amendment Foundation | Appeal Transcript Order Due |

**Monday, December 1, 2025**

| | |
|---|---|
| William Wiese | Appeal Transcript Due |
| Jeremiah Morris | Appeal Transcript Due |
| Lance Cowley | Appeal Transcript Due |
| Sherman Macaston | Appeal Transcript Due |
| Frank Federeau | Appeal Transcript Due |
| Alan Normandy | Appeal Transcript Due |
| Todd Nielsen | Appeal Transcript Due |
| Adam Richards | Appeal Transcript Due |
| Clifford Flores | Appeal Transcript Due |
| L. Q. Dang | Appeal Transcript Due |
| California Gun Rights Foundation | Appeal Transcript Due |
| Firearms Policy Coalition, Inc. | Appeal Transcript Due |
| Second Amendment Foundation | Appeal Transcript Due |

**Friday, January 9, 2026**

| | |
|---|---|
| William Wiese | Appeal Opening Brief Due |
| Jeremiah Morris | Appeal Opening Brief Due |
| Lance Cowley | Appeal Opening Brief Due |
| Sherman Macaston | Appeal Opening Brief Due |
| Frank Federeau | Appeal Opening Brief Due |
| Alan Normandy | Appeal Opening Brief Due |
| Todd Nielsen | Appeal Opening Brief Due |
| Adam Richards | Appeal Opening Brief Due |
| Clifford Flores | Appeal Opening Brief Due |
| L. Q. Dang | Appeal Opening Brief Due |
| California Gun Rights Foundation | Appeal Opening Brief Due |

| Firearms Policy Coalition, Inc. | Appeal Opening Brief Due |
| Second Amendment Foundation | Appeal Opening Brief Due |

**Monday, February 9, 2026**

| Rob Bonta | Appeal Answering Brief Due |
| Allison Mendoza | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**