# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-6680

**Case Name** Wiese v. Bonta

**Counsel submitting this form** David H. Thompson

**Represented party/parties** All Plaintiff-Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

This case presents a pre-enforcement Second Amendment challenge to California's ban on common ammunition magazines.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**           1           *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

The district court granted summary judgment in favor of the State and against Plaintiffs. The issue on appeal is whether or not California's ban on common ammunition magazines violates the Second Amendment to the United States Constitution, applicable against California through the Fourteenth Amendment to the United States Constitution.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining below. The same statute at issue here was the subject of this Court's decision in Duncan v. Bonta, 133 F.4th 852 (9th Cir. 2025), and a petition for a writ of certiorari is currently pending before the Supreme Court in that case. See Duncan v. Bonta, No. 25-198 (U.S. August 20, 2025).

**Signature** s/ David H. Thompson    **Date** 10/27/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Rev. 09/01/22*

2