No. 25-6680

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

WILLIAM WIESE; JEREMIAH MORRIS; LANCE COWLEY;
SHERMAN MACASTON; FRANK FEDEREAU; ALAN NORMANDY;
TODD NIELSEN; CLIFFORD FLORES; L.Q. DANG;
CALIFORNIA GUN RIGHTS FOUNDATION; FIREARMS POLICY
COALITION, INC.; SECOND AMENDMENT FOUNDATION,

*Plaintiffs-Appellants*,

v.

ROB BONTA, in his official capacity as Attorney General of the
State of California; ALLISON MENDOZA, in her official
capacity as Director of the Bureau of Firearms,

*Defendants-Appellees*.

## On Appeal from United States District Court
## for the Eastern District of California
Civil Case No. 2:17-cv-00903
The Honorable William B. Shubb, Judge

### APPELLANTS' STATUS REPORT REGARDING
### *DUNCAN V. BONTA*

Pursuant to this Court's Order, Doc. 6 (Dec. 9, 2025), Appellants William
Wiese, Jeremiah Morris, Lance Cowley, Sherman Macaston, Clifford Flores, L.Q.
Dang, Frank Federeau, Alan Normandy, Todd Nielsen, California Gun Rights
Foundation, Firearms Policy Coalition, and Second Amendment Foundation submit
the following status report regarding *Duncan v. Bonta*, No. 25-198 (U.S.).

1

The petition for certiorari in *Duncan* remains pending before the Supreme Court and has been relisted for conference several times since Appellants' previous status report. Appellants do not have an estimate for when the petition will be resolved.

Dated: June 8, 2026                        Respectfully submitted,

George M. Lee                           /s/ David H. Thompson
SEILER EPSTEIN LLP                      David H. Thompson
1 Embarcadero Center                    Peter A. Patterson
Suite 1200                              William V. Bergstrom
San Francisco, CA 94111                 COOPER AND KIRK, PLLC
Tel: (415) 979-0500                     1523 New Hampshire Ave. NW
gml@seilerepstein.com                   Washington, D.C. 20036
                                        Tel: (202) 220-9600
                                        Fax: (202) 220-9601
                                        dthompson@cooperkirk.com

*Counsel for Plaintiff-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system, which will transmit the foregoing document via email to all counsel of record.

Dated: June 8, 2026                        /s/David H. Thompson
                                        David H. Thompson
                                        *Counsel for Plaintiffs-Appellants*

2